TEXAS & PACIFIC RAILWAY COMPANY v. C. A. STAGGS ET AL.

Decided December 21, 1896.

Certificate of Dissent—Manner of Certifying Dissent from Court of Civil Appeals.

Eustis v. City of Henrietta, ante, followed.

CERTIFICATE of dissent from Court of Civil Appeals for Second District, in an appeal from Tarrant County.

GAINES, CHIEF JUSTICE.—This is a certificate of dissent and is subject to like objections to that passed upon this day in the case of Eustis against the City of Henrietta. It is therefore dismissed.

*Certificate of dissent dismissed.*